**MULLEN COUGHLIN, LLC**
DENNIS N. LUECK, JR. ESQ.  (SNB 292414)
3065 Center Green Drive, 2nd Floor
Boulder, CO 80301
Telephone: (267) 930-4679
Email: dlueck@mullen.law

Attorneys for Defendant
Imperial Beach Community Clinic

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JESSE RAMIREZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BEACH COMMUNITY CLINIC,<br><br>Defendant. | **CASE NO. 3:26-cv-01326-CAB-JLB**<br><br>**NOTICE OF APPEAL** |
| CYNTHIA MALDONADO and MICHELE HARDIN, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BEACH COMMUNITY CLINIC, a California medical corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | **CASE NO. 3:26-CV-01312-CAB-JLB** |

**NOTICE OF APPEAL**

| | |
|---|---|
| DONNA MACK, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BEACH COMMUNITY CLINIC,<br><br>Defendants. | **CASE NO. 3:26-CV-01371-LL-DDL** |
| RASIEL PENA, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BEACH COMMUNITY CLINIC DBA IB Clinic, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 3:26-CV-01594-GPC-BJW** |

Notice is hereby given that Defendant Imperial Beach Community Clinic ("IBCC" or "Defendant") hereby appeals to the United States District Court of Appeals for the Ninth Circuit from the Order Granting Motion to Remand entered in this proceeding on May 12, 2026.

A copy of said Order is attached hereto.

Transcripts required: _____Yes          _____No   No


Dated:  June 15, 2026                    **MULLEN COUGHLIN, LLC**

                                         */s/ Dennis N. Lueck, Jr.*
                                         DENNIS N. LUECK, JR. ESQ.  (S.B. #292414)
                                         3065 Center Green Drive, 2nd Floor
                                         Boulder, CO 80301
                                         Telephone: (267) 930-4679
                                         Email: dlueck@mullen.law

                                         *Attorneys for Defendant/Appellant*
                                         *Imperial Beach Community Clinic*

-2-
**NOTICE OF APPEAL**

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 15, 2026, I electronically filed the foregoing NOTICE OF APPEAL with the United States District Court for the Southern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED June 15, 2026:                               Respectfully submitted,

                                                   */s/ Dennis N. Lueck, Jr.*
                                                   Dennis N. Lueck, Jr.
                                                   MULLEN COUGHLIN LLC
                                                   3065 Center Green Drive, 2nd floor
                                                   Boulder, CO 80301
                                                   (267) 930-4679 – Office
                                                   dlueck@mullen.law

                                                   Attorneys for Defendant

-3-
**NOTICE OF APPEAL**